IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIA NETWORK INC., <br>     Plaintiff, <br>     v. <br> DATA VAULT HOLDINGS, INC., <br>     Defendant. | Case No. 24-cv-07734-CRB <br><br> **ORDER TO SHOW CAUSE** |

Plaintiff Chia Network Inc. brought this lawsuit in California state court against Defendant Data Vault Holdings, Inc. alleging breach of contract, common counts, and fraud. See Compl. (dkt. 2). Data Vault removed the case to federal court. See Notice of Removal (dkt. 1). Data Vault then filed a motion to dismiss on December 12, 2024. See MTD (dkt. 12). Chia Network's opposition to Data Vault's motion was due on December 26, 2024, but it has failed to file any opposition. Accordingly, the Court **ORDERS CHIA NETWORK TO SHOW CAUSE BY JANUARY 17, 2024** why this case should not be terminated for failure to prosecute under Federal Rule of Civil Procedure 41(b). Failure to respond will result in dismissal of this action with prejudice.

All hearing dates and remaining deadlines associated with Data Vault's motion to dismiss are vacated pending a response to this Order. The Clerk of Court is instructed to send a copy of this Order to Chia Network's counsel by priority mail.

**IT IS SO ORDERED.**

Dated: January 7, 2025

CHARLES R. BREYER
United States District Judge